# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3828

_____

Anthony Lee Johnson, Sr., also known as Antonio Seenyur

*Plaintiff - Appellant*

v.

Jennifer Lynne Coolidge, SOTP Program Director, Minnesota State Prison, Rush City, individually and in her official capacity

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: June 29, 2017
Filed: July 5, 2017
[Unpublished]

_____

Before BENTON, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this pro se 42 U.S.C. § 1983 action, inmate Antonio Seenyur appeals after the district court[1] denied his motion to compel, adversely granted summary judgment, and denied his motion to amend his complaint. We decline to review Seenyur's challenge to the denial of his motion to compel because he did not object below. See McDonald v. City of St. Paul, 679 F.3d 698, 709 (8th Cir. 2012) (where party did not file timely objections to magistrate's nondispositive order in district court, he could not challenge order on appeal). Having carefully reviewed the record and the parties' arguments on appeal, we conclude that summary judgment was properly granted for the reasons stated by the district court, and further conclude that the district court did not abuse its discretion in denying the motion to amend. See Beaulieu v. Ludeman, 690 F.3d 1017, 1024 (8th Cir. 2012) (grant of summary judgment is reviewed de novo, viewing record in light most favorable to nonmovant); see also Kozlov v. Associated Wholesale Grocers, Inc., 818 F.3d 380, 395 (8th Cir. 2016) (denial of motion to amend complaint is reviewed for abuse of discretion). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Becky R. Thorson, United States Magistrate Judge for the District of Minnesota.